[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 144.]

THE STATE EX REL. UNITED SCREW & BOLT CORPORATION, APPELLEE AND CROSS-APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLANT AND CROSS-APPELLEE; GATSON, APPELLANT.

[Cite as *State ex rel. United Screw & Bolt Corp. v. Indus. Comm.*, 1998-Ohio-160.]

*Workers' compensation—Court of appeals' judgment reversed.*

(No. 96-2304—Submitted July 8, 1998—Decided September 16, 1998.)

APPEALS and CROSS-APPEAL from the Court of Appeals for Franklin County, No. 95APD08-1024.

_____

*Calfee, Halter & Griswold L.L.P.* and *William L.S. Ross*, for appellee and cross-appellant.

*Betty D. Montgomery*, Attorney General, and *David J. Kovach*, Assistant Attorney General, for appellant and cross-appellee.

*Stewart Jaffy & Associates Co., L.P.A., Stewart R. Jaffy* and *Marc J. Jaffy; Shapiro, Kendis & Associates Co., L.P.A.*, and *Rachel B. Jaffy*, for appellant.

_____

{¶ 1} The judgment of the court of appeals is reversed, and the order of the Industrial Commission is reinstated.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK and LUNDBERG STRATTON, JJ., dissent.

_____

**LUNDBERG STRATTON, J., dissenting**.

{¶ 2} I dissent and would affirm the court of appeals.

COOK, J., concurs in the foregoing dissenting opinion.

_____